UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 14-3105 (DSD/LIB)

RECEIVED
MAY 07 2018
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| United States of America and State of Minnesota, ex rel. Ryan Mesaros (Relator),<br><br>Plaintiffs,<br><br>v.<br><br>Wal-Mart Stores, Inc., and Sam's West, Inc. (d/b/a/ Sam's Club),<br><br>Defendants. | **FILED UNDER SEAL** |

### UNITED STATES' AND STATE OF MINNESOTA'S NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT AND REQUEST FOR LIFTING OF THE SEAL

The United States, State of Minnesota, Relator, and Defendants have reached a settlement agreement to resolve this action. In light of this agreement, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in this action for the purposes of settlement.

Upon Defendants' satisfaction of the payments required by the Settlement Agreement, which are due by May 17, 2018, the parties will file a Stipulation of Dismissal of this matter under Federal Rule of Civil Procedure 41 of all claims in the Amended Complaint.

The United States and State of Minnesota hereby request that the Court unseal the Relator's Amended Complaint, this Notice, and all filings after this Notice. The United



States and State of Minnesota respectfully request that all other filings in this matter remain under seal and not be made public (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period and any orders previously entered in this matter). A proposed order will be e-mailed to Chambers.

Respectfully submitted,

DATED: *May 7, 2018*

GREGORY G. BROOKER
United States Attorney

BY: PAMELA A. MARENTETTE
Assistant U.S. Attorney
Attorney ID Number 389725
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
pamela.marentette@usdoj.gov