UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 14-3105 (DSD/LIB)

United States of America and
State of Minnesota,
ex rel. Ryan Mesaros (Relator),

Plaintiffs,

v.

Wal-Mart Stores, Inc., and Sam's West, Inc.
(d/b/a/ Sam's Club),

Defendants.

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), and based on the terms of the parties' Settlement Agreement, the Relator, the United States, the State of Minnesota, and the Defendants, through their undersigned counsel, hereby stipulate to the entry of an order dismissing the Civil Action with prejudice as to all claims of the Relator, with prejudice as to the United States and the State of Minnesota with respect to the Covered Conduct in the parties' Settlement Agreement, and otherwise without prejudice as to the United States and the State of Minnesota. A proposed order accompanies this Stipulation.



Dated: May 25, 018

GREGORY G. BROOKER
United States Attorney

*s/ Pamela A. Marentette*

BY: PAMELA A. MARENTETTE
Assistant U.S. Attorney
Attorney ID No. 0389725
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Pamela.Marentette@usdoj.gov

Attorneys for the United States

Dated: May 25, 2018

LORI SWANSON
Minnesota Attorney General

s/ Kristi Nielsen
BY: KRISTI NIELSEN
Assistant Attorney General
Attorney ID No. 0329770
Bremer Tower, Suite 900
445 Minnesota Street
St. Paul, MN 55101-2134
(651) 757-1284
kristi.nielsen@ag.state.mn.us

Attorneys for Plaintiff
State of Minnesota

Dated: May 25, 2018

s/ John Klassen
John A. Klassen
John A. Klassen, PA
Attorney ID No. 24434X
310 4th Ave So, Suite 5010
Minneapolis, MN 55415
(612) 204-4533
john@jaklaw.com

Dated: May 25, 2018

s/ Andrew P. Muller
Andrew P. Muller
Muller & Muller, PLLC
Attorney ID No. 32467X
310 4th Ave So, Suite 5010
Minneapolis, MN 55415
(612) 604-5341
apmuller@themullerlawfirm.com

Attorneys for Relator Ryan Mesaros

Dated: May 25, 2018

s/ Eric W. Sitarchuk
Eric W. Sitarchuk
Morgan, Lewis & Bockius LLP
Attorney ID No. PA 39082
1701 Market Street
Philadelphia, PA 19103
(215) 963-5840
eric.sitarchuk@morganlewis.com

Attorney for Defendants